# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CONNETICS CORPORATION and STIEFEL RESEARCH AUSTRALIA PTY. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PENTECH PHARMACEUTICALS, INC., <br><br> Defendant. | FILED: APRIL 18, 2008 <br> 08CV2230         EDA <br> JUDGE MORAN <br> MAGISTRATE JUDGE VALDEZ |

## NOTICE OF AFFILIATES

Pursuant to Local Rule 3.2 B, Plaintiffs Connetics Corporation and Stiefel Research Australia Pty. Ltd. hereby notify this Court that Connetics Corporation and Stiefel Research Australia Pty. Ltd. are, either directly or indirectly, wholly-owned subsidiaries of Stiefel Laboratories, Inc., a privately held Delaware corporation having a principal place of business at 255 Alhambra Circle, Suite 1000, Coral Gables, Florida 33134.

Dated: April 18, 2008

Respectfully submitted,

CONNETICS CORPORATION and
STIEFEL RESEARCH AUSTRALIA PTY. LTD.

By:  s/ Peter S. Roeser
     One of Their Attorneys

John R. McCambridge (01812378)
Peter S. Roeser (6257273)
Mark A. Semisch (6281499)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 704-7700
Facsimile:  (312) 558-1195
proeser@grippoelden.com

149105v1

*Of Counsel*
Andrew M. Berdon
Robert B. Wilson
Mark D. Baker
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100