**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CONNETICS CORPORATION and STIEFEL RESEARCH AUSTRALIA PTY. LTD., | ) ) ) | FILED: APRIL 18, 2008 |
| Plaintiffs, | ) ) | 08CV2230          EDA |
| | ) | JUDGE MORAN |
| v. | ) ) | MAGISTRATE JUDGE VALDEZ |
| PENTECH PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

Civil No.

**NOTICE OF CLAIMS INVOLVING PATENTS PURSUANT TO 35 U.S.C. § 290**

PLEASE TAKE NOTICE that on April 18, 2008, Connetics Corporation and Stiefel

Research Australia Pty. Ltd. filed a complaint asserting claims of patent infringement including

the parties and the patents below.  This notice serves to provide the clerk the following

information pursuant to 35 U.S.C. § 290:

| | |
|---|---|
| Plaintiff | Connetics Corporation, a Delaware corporation, having a principal place of business at 3160 Porter Drive, Palo Alto, California 94304.  Connetics Corporation is a wholly-owned subsidiary of Stiefel Laboratories, Inc., a Delaware corporation having a principal place of business at 255 Alhambra Circle, Suite 1000, Coral Gables, Florida 33134. |
| Plaintiff | Stiefel Research Australia Pty. Ltd. ("Stiefel Australia"), a corporation organized and existing under the laws of the State of Victoria, Australia, having its principal place of business at 8 Macro Court, Rowville, Victoria 3168, Australia.  Stiefel Australia is a wholly-owned subsidiary of Stiefel Laboratories, Inc. |
| Defendant | Pentech Pharmaceuticals, Inc. ("Pentech") on information and belief,  is a corporation organized under the laws of the State of Illinois, having its principal place of business at 3315 West Algonquin Road, Suite 310, Rolling Meadows, Illinois 60008. |

149103v1

| U.S. Patent No. 6,126,920 | United States Patent No. 6,126,920, entitled "METHOD OF TREATING A SKIN DISEASE WITH A CORTICOSTEROID-CONTAINING PHARMACEUTICAL COMPOSITION," which names Julie Jones, Anthony Baker, Neil Halls, Peter Watmough, and Peter Marriott as the inventors. |

Dated:  April 18, 2008

Respectfully submitted,

CONNETICS CORPORATION and
STIEFEL RESEARCH AUSTRALIA PTY. LTD.

By:     s/ Peter S. Roeser
        One of Their Attorneys

John R. McCambridge (01812378)
Peter S. Roeser (6257273)
Mark A. Semisch (6281499)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
proeser@grippoelden.com

*Of Counsel*
Andrew M. Berdon
Robert B. Wilson
Mark D. Baker
QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100

2