UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONNETICS CORPORATION and STIEFEL RESEARCH AUSTRALIA PTY, LTD., | : : : | |
| *Plaintiffs,* | : | Civil Action No. 08-CV-2230 |
| v. | : : | JUDGE MORAN MAGISTRATE JUDGE VALDEZ |
| PENTECH PHARMACEUTICALS, INC., | : : | |
| *Defendant.* | : | |

**Notice of Affiliates Pursuant to Local Rule 3.2 and Disclosure Statement
Pursuant to Fed.R.Civ.P. 7.1**

Pursuant to Local Rule 3.2 and Fed.R.Civ.P. 7.1, Defendant Pentech Pharmaceuticals, Inc. ("Pentech") states that the only entity that owns 5% or more of Pentech is CIT Group/Venture Capital, Inc. There is no parent corporation of Pentech.

Dated: May 7, 2008

Respectfully submitted,

PENTECH PHARMACEUTICALS, INC., *Defendant*

By   /s/ Robert B. Breisblatt
    Robert B. Breisblatt (Il Bar No.0287946)
    Katten Muchin Rosenman LLP
    525 W. Monroe Street
    Chicago, Illinois 60661
    Telephone: (312) 902-5480
    Facsimile: (312) 577-8792

    Robert S. Silver
    Mona Gupta
    Bruce J. Chasan
    William J. Castillo
    William C. Youngblood
    Caesar, Rivise, Bernstein, Cohen & Pokotilow, Ltd.
    1635 Market Street, 11th Floor
    Philadelphia, PA 19103
    Telephone: (215) 567-2010
    Facsimile: (215) 751-1142

    *Attorneys for Defendant Pentech
    Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2008, a true and correct copy of the foregoing **NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2 AND DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** was electronically filed with the Clerk of the Court using CM/ECF and available for viewing and downloading from CM/ECF, and a true and correct copy was served by electronic filing notification via ECF and by first class U.S. Mail to the following:

> John R. McCambridge
> Peter S. Roeser
> Mark A. Semisch
> GRIPPO & ELDEN LLC
> 111 South Wacker Drive
> Chicago, Illinois  60606
> Telephone:  (312) 704-7700
> Facsimile:   (312) 558-1195
>
> and
>
> Andrew M. Berdon
> Robert B. Wilson
> Mark D. Baker
> QUINN EMAUEL URQUHART
>  OLIVER & HEDGES, LLP
> 51 Madison Avenue, 22nd Floor
> New York, New York  10010
> Telephone:  (212) 849-7000
> Facsimile:   (212) 849-7100

>      /s/  Robert B. Breisblatt
>           Robert B. Breisblatt