# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CONNETICS CORPORATION and STIEFEL RESEARCH AUSTRALIA PTY. LTD., )<br><br>Plaintiffs, )<br><br>v. )<br><br>PENTECH PHARMACEUTICALS, INC., )<br><br>Defendant. ) | Civil No. 08cv2230 |

## REQUEST FOR REFUND OF FILING FEE

Plaintiffs, Connetics Corporation and Stiefel Research Australia Pty. Ltd., request this court to refund an internet payment made on April 18, 2008 and in support of this request state:

      1. Receipt no. 2707270 is a duplicate payment in the amount of Three Hundred Fifty Dollars ($350) that was made. The complaint was never submitted when this payment was made.

      2. Receipt no. 2707355 is a receipt that was issued when the actual complaint was submitted for electronic filing.

Dated: May 28, 2008

Respectfully submitted,

CONNETICS CORPORATION and
STIEFEL RESEARCH AUSTRALIA PTY. LTD.

By:   s/ Peter S. Roeser_____
One of Their Attorneys

John R. McCambridge (01812378)
Peter S. Roeser (6257273)
Mark A. Semisch (6281499)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 704-7700
Facsimile:   (312) 558-1195
proeser@grippoelden.com

*Of Counsel*
Andrew M. Berdon
Robert B. Wilson
Mark D. Baker
QUINN EMANUEL RQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100