Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2230 | **DATE** | 7/22/2008 |
| **CASE TITLE** | CONNETICS CORPORATION, et al vs. PENTECH PHARMACEUTICALS, INC. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 2/11/2009 at 9:15 a.m.  Parties agree to exchange disclosures by 8/18/2008; fact discovery to close on 6/12/2009; final date to amend pleadings is 2/7/2009.  Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LG |
|---|---|---|

U.S. DISTRICT COURT

2009 JUL 22 PM 5:21

FILED

08C2230 CONNETICS CORPORATION, et al vs. PENTECH PHARMACEUTICALS, INC.